IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RUSSELL WERLEY,

    Petitioner,

v.                                           CASE NO. 4:04-cv-00518-MP-AK

JAMES CROSBY, JR.,

    Respondent.
_____/

## ORDER TO FILE RESPONSE

    This matter is before the Court on Doc. 15, Motion to Dismiss, by Russell Werley. According to Petitioner, Respondent has not complied with the Court's May 10, 2005, order requiring him to furnish Petitioner another copy of his response to the petition for writ of habeas corpus. Because this is uncharacteristic of this Respondent, the Court will allow him an opportunity to respond to the motion to dismiss. **Failure to respond to this Order may result in the granting of the motion to dismiss, the striking of Respondent's response, and the granting of the petition for writ of habeas corpus.**

    Accordingly, it is **ORDERED**:

    That the Clerk shall furnish by certified mail, return receipt requested, a copy of this Order and a copy of Doc. 14 to Respondent and counsel for Respondent;

That Respondent shall file a response to the motion to dismiss no later than **June 23, 2005**.

**DONE AND ORDERED** this *9th* of June, 2005.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**