IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RUSSELL WERLEY,

    Petitioner,

v.                                       CASE NO. 4:04-cv-00518-MP-EMT

JAMES R MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 31, Motion for extension of time to submit objections to the Report and Recommendation. The motion is granted, and Petitioner shall have until December 15, 2006, to file objections to the Report and Recommendation.

**DONE AND ORDERED** this  *14th*  day of November, 2006

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge