IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RUSSELL WERLEY,

    Petitioner,

v.                                            CASE NO. 4:04-cv-00518-MP-EMT

JAMES CROSBY, JR,
JAMES R MCDONOUGH,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 30, the Report and Recommendation of the Magistrate Judge, recommending that Mr. Werley's petition under 28 U.S.C. § 2254 be dismissed as untimely. Mr. Werley filed objections, doc. 33, which the Court has reviewed.

Petitioner, who was convicted in May of 1992, did not file a federal or state collateral attack until February of 2004. He eventually filed several state collateral attacks and filed the instant petition on December 27, 2004, and the Magistrate Judge recommends dismissing the petition as untimely. The record shows that five hundred twenty-two (522) days elapsed from August 19, 2002, the date Petitioner's conviction became final, to February 24, 2004, the date he filed his first post-conviction motion. Thus, by the time Petitioner filed this post-conviction motion, the 365- day federal limitations period had already expired. As Petitioner's Rule 3.850 motion was filed after expiration of the federal limitations period, that motion did not toll the limitations period. See Webster v. Moore, 199 F.3d 1256, 1259 (11th Cir. 2000). Additionally, the Court agrees with the Magistrate Judge that Petitioner's ignorance of the law, his having to rely on inmate legal assistants, and his lack of access to an adequate law library, are not

'extraordinary circumstances' which have worked to prevent an otherwise diligent petitioner from timely filing his petition."  See Helton v. Sec'y for Dep't of Corr., 259 F.3d 1310, 1312 (11th Cir. 2001).  Moreover, if Petitioner intends to argue in his objections that he was denied the assistance of inmate legal assistants, that argument still does not aid him because he fails to demonstrate that he made diligent efforts to determine when the federal limitations period ran or to otherwise protect his rights.  Thus, he is not entitled to equitable tolling and his federal petition is untimely.   Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *19th*   day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge